## No. 09-683. Annette Carmichael, Individually and as Guardian for Keith Carmichael, Petitioner v. Kellogg, Brown & Root Service, Inc., et al.

561 U.S. 1025, 130 S. Ct. 3499, 177 L. Ed. 2d 1089, 2010 U.S. LEXIS 5396.

June 28, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 572 F.3d 1271.